**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**Case No. 2:26-cr-20097**
**Honorable Terrence G. Berg**

**ANTONIO CADDELL,**

Defendant **and,**

**MICHELLE FITZGERALD,**

Third-Party Claimant/Petitioner
_______________________________________/

**MARSHALL E. GOLDBERG (P35788)**
Attorney for Third Party Claimant/Petitioner
615 Griswold St., Suite 1120
Detroit, Michigan 48226
(313) 962-4090
(313) 247-3265
megoldberg2003@yahoo.com
_______________________________________/

**PETITION OF MICHELLE FITZGERALD**
**THIRD-PARTY CLAIMANT/PETITIONER**

Michelle Fitzgerald with and through counsel Marshall E. Goldberg files a Petition pursuant to 21 U.S.C. Section 853(n) and states as follows:

1. I claim the property which is described as $28,545 U.S. Currency.

2. I accumulated this money through legitimate employment and savings.

3. I am the sole claimant and owner of this currency. It was not obtained or utilized in any fashion they would subject this asset to forfeiture based on the actions of Antonio Caddell or others.

4. I reject as Petitioner as untrue any claim that the above-described currency was obtained or associated with drug proceeds drug transactions, or any other criminal activity.

5. Much of the currency was in bank envelopes from my financial institution. Some of the envelopes contained notations as to the amount of money and some contained notes as to how the currency was to be used.

6. My Claim to the $28,545 U.S. Currency is not frivolous.

**RELIEF**

Petitioner/Claimant is seeking the release and return of the above-described currency as property that belongs to her and was improperly retained by the United States Government. Petitioner asserts that she has a legitimate legal right of ownership, title, and interest in the currency such that the Preliminary Order of Forfeiture of these items (currency) is invalid as to this specific asset. She asserts that she has a right as a petitioner with a vested interest superior to any other interest claimed by the government or any other party.

I, Michelle Fitzgerald, have read the above information and swear that the information contained in this Petition is true under penalty of perjury.

DATED: 9.28.26 ______________________
MICHELLE FITZGERALD

Respectfully submitted,

/s/ Marshall E. Goldberg
MARSHALL E. GOLDBERG (P35788)
Attorney on behalf of Third-Party Claimant/
Petitioner Michelle Fitzgerald
615 Griswold, Ste. 1120
Detroit, MI 48226
(313)247-3265
megoldberg2003@yahoo.com

DATED: September 28, 2026